IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DOUGLAS ROGERS JOHNSON                                                              PLAINTIFF

       v.                              Civil No. 12-5145

SHERIFF TIM HELDER; JOHN
DOE #1; and JOHN DOE #2                                                              DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the Plaintiff' pursuant to the provisions of 42 U.S.C. § 1983. He proceeds *pro se* and *in form pauperis*.

On January 23, 2012, an order (Doc. 16) was entered directing Plaintiff to complete, sign, and return a questionnaire by February 8th. Plaintiff has not filed his response to the questionnaire. He has not sought additional time to respond. He has not communicated with the Court in anyway.

On February 8th, Defendants filed a motion to dismiss (Doc. 17). The motion is based on Plaintiff's failure to appear for his deposition that had been noticed for January 29th beginning at 10:00 a.m. Pursuant to Rule 37(b)(2)(A)(v) of the Federal Rules of Civil Procedure, Defendants ask that the case be dismissed. Additionally, or in the alternative, Defendants ask that they be awarded reasonable costs, including attorneys' fees, and that the case be stayed until those costs are paid. Plaintiff has not responded to the motion to dismiss.

In view of the above, I recommend that the motion to dismiss (Doc. 17) be granted based on Plaintiff's failure to comply with a Court order and his failure to prosecute this case. Fed. R. Civ. P. 41(b). **The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are**

**reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 28th day of February 2013.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE