```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**DOUGLAS ROGERS JOHNSON**                                       PLAINTIFF

       v.           Civil No. 12-5145

**SHERIFF TIM HELDER;**
**JOHN DOE #1; and**
**JOHN DOE #2**                                                  DEFENDANTS

### O R D E R

Now on this 24th day of April 2013, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #19), filed on February 28, 2013, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #19) is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, the defendants' **Motion to Dismiss** (document #17) is hereby **granted**, and this case is **dismissed with prejudice**.

IT IS SO ORDERED.

                                                   /s/ Jimm Larry Hendren
                                                JIMM LARRY HENDREN
                                                UNITED STATES DISTRICT JUDGE